Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                Case No.: 19−23472−JNP
                                Chapter: 13
                                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Margaret C. Nicholson
    aka Margaret C. Cirone
    53 Evergreen Avenue
    Bellmawr, NJ 08031

Social Security No.:
    xxx−xx−0973

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/5/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 5, 2020
JAN: kvr

                                                                                      Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Margaret C. Nicholson  
    Debtor

Case No. 19-23472-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Feb 05, 2020  
                   Form ID: 148    Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.

```
db            +Margaret C. Nicholson,    53 Evergreen Avenue,    Bellmawr, NJ 08031-1368
518345309     +Bello, Reilley, McGrory & DiPippo,    144 East Dekalb Pike, Suite 300,
               King of Prussia, PA 19406-2150
518462374      Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD  57108-5027
518345315     +Comenity Bank/Torrid,    LVNV Funding, LLC,    c/o Allied Interstate,    PO Box 19326,
               Minneapolis, MN 55419-0326
518345317      Court of Common Pleas, Delaware County,    c/o Jackson M. Stewart, Jr.,
               Delaware County DA's Office,    201 West Front Street,    Media, PA 19063-2797
518345319      Garden Medical CH,    PO Box 1687,    Lake Worth, FL 33460-1687
518345321      New Jersey American Water,    PO Box 371331,    Pittsburgh, PA 15250-7331
518345323     +Oak Terrace Apts, LLC,    c/o Executive Credit Management Inc,    4 Waterloo Road,
               Stanhope, NJ 07874-2653
518426772      PSE&G,    Attn: Bankruptcy Dept.,    PO Box 709,    Newark NJ 07101-0709
518345324      PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444
518345325      Quest Diagnostics,    PO BOX 740985,    Cincinnati, OH 45274-0985
518345326     +Regional Women's Health Group,    PO Box 536,    Voorhees, NJ 08043-0536
518345327     +Richard and Catherine Lanzillotti,    c/o Andrew S. Viola, Esquire,    735 North Black Horse Pike,
               Runnemede, NJ 08078-1363
518367579     +Ryan Nicholson,    53 Evergreen Avenue,    Bellmawr, NJ 08031-1368
518345329      South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
518345330      Sunrise Detox Cherry Hill, LLC,    PO Box 12546,    Newark, NJ 07101-3550
518345333      TD Bank USA/Target Credit Card,    7000 Target Parkway N,    Mail Stop NCD-0450,
               Brooklyn Park, MN 55445-4301
518345335    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Financial Services,    PO Box 15012,    Chandler, AZ 85244)
518364828     +TitleMax of  New Jersey, Inc,    15 Bull Street, Suite 200,    Savannah, GA 31401-2686
518345334     +TitleMax of Delaware Inc,    TitleMax Title Loans,    3401 Kirkwood Highway,
               Wilmington, DE 19808-6133
518422234     +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
518542898     +Toyota Lease Trust,    Rebecca A. Solarz, Esquire,    216 Haddon Avenue, Ste. 406,
               Westmont, NJ 08108-2812
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 06 2020 00:21:57     U.S. Attorney,   970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 06 2020 00:21:54     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
518363977     +E-mail/Text: csc.bankruptcy@amwater.com Feb 06 2020 00:22:45     American Water,    PO Box 578,
               Alton IL 62002-0578
518345311      EDI: CAPITALONE.COM Feb 06 2020 04:48:00     Capital One Bank USA NA,    PO Box 85015,
               Richmond, VA 23285-5075
518345310      EDI: CAPITALONE.COM Feb 06 2020 04:48:00     Capital One,    PO Box 6492,
               Carol Stream, IL 60197-6492
518364879     +EDI: AIS.COM Feb 06 2020 04:48:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
518421583      EDI: BL-BECKET.COM Feb 06 2020 04:48:00     Capital One, N.A.,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
518345312     +EDI: CHRM.COM Feb 06 2020 04:48:00     Chrysler Capital,    PO Box 961275,
               Fort Worth, TX 76161-0275
518345313      EDI: ARSN.COM Feb 06 2020 04:48:00     CitiBank, N.A./Best Buy,
               c/o ARS National Services, Inc.,    PO Box 469100,    Escondido, CA 92046-9100
518461308     +EDI: CITICORP.COM Feb 06 2020 04:48:00     Citibank, N.A.,    701 East 60th Street North,
               Sioux Falls, SD 57104-0493
518345314     +E-mail/Text: Banko@frontlineas.com Feb 06 2020 00:22:51     Comenity Bank/Avenue,
               LVNV Funding, LLC,    c/o Frontline Asset Strategies,    2700 Snelling Ave N., Ste. 250,
               Roseville, MN 55113-1783
518345316     +EDI: WFNNB.COM Feb 06 2020 04:48:00     Comenity Bank/Wayfair,    PO Box 182789,
               Columbus, OH 43218-2789
518345318      EDI: DISCOVER.COM Feb 06 2020 04:48:00     Discover Bank,    PO Box 15316,
               ATT:CMS/PROD DEVELOP,    Wilmington, DE 19850-5316
518356206      EDI: DISCOVER.COM Feb 06 2020 04:48:00     Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH  43054-3025
518345320      E-mail/Text: bncnotices@becket-lee.com Feb 06 2020 00:21:09     Kohl's/Capital One,
               PO BOX 3115,    Milwaukee, WI 53201-3115
518357024      E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2020 00:27:38     LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518345322      EDI: RMCB.COM Feb 06 2020 04:48:00     New Jersey E-ZPass,    c/o RMCB,    PO Box 1235,
               Elmsford, NY 10523-0935
518462928      EDI: PRA.COM Feb 06 2020 04:48:00     Portfolio Recovery Associates, LLC,    c/o Amazon,
               POB 41067,    Norfolk VA 23541
518455257      EDI: PRA.COM Feb 06 2020 04:48:00     Portfolio Recovery Associates, LLC,
               c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Feb 05, 2020
                              Form ID: 148             Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518442832       EDI: Q3G.COM Feb 06 2020 04:48:00      Quantum3 Group LLC as agent for,   Second Round LP,
                 PO Box 788,    Kirkland, WA 98083-0788
518492275      +E-mail/Text: keaesq@comcast.net Feb 06 2020 00:21:29       Richard Lanzillotti,
                 c/o Kevin E. Aberant, Esq.,    123 N. Church Street,    PO Box 237,   Moorestown, NJ 08057-0237
518413764       EDI: NEXTEL.COM Feb 06 2020 04:48:00      Sprint Corp,   Attention Bankruptcy,   PO Box 7949,
                 Overland Park, KS 662070949
518345331       EDI: RMSC.COM Feb 06 2020 04:48:00      SYNCB/Amazon PLCC,   PO Box 960013,
                 Orlando, FL 32896-0013
518345332      +EDI: RMSC.COM Feb 06 2020 04:48:00      SYNCB/Walmart,   4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
518345328      +E-mail/Text: jessicajones@cpcrecovery.com Feb 06 2020 00:22:31       Second Round Sub, LLC,
                 c/o Central Portfolio Control, Inc.,    10249 Yellow Circle Drive, Suite 200,
                 Minnetonka, MN 55343-9111
518346900      +EDI: RMSC.COM Feb 06 2020 04:48:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518449874      +EDI: AIS.COM Feb 06 2020 04:48:00      Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518345336      +EDI: WFNNB.COM Feb 06 2020 04:48:00      Wells Fargo Bank, N.A.,   c/o Radius Global Solutions,
                 PO Box 390846,    Minneapolis, MN 55439-0846
518446475       EDI: WFFC.COM Feb 06 2020 04:48:00      Wells Fargo Bank, N.A.,   Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                               TOTAL: 29

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric    Clayman    on behalf of Debtor Margaret C. Nicholson jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin E. Aberant    on behalf of Creditor Richard   Lanzillotti aberant@tesalaw.com,
               granger@tesalaw.com;aberant@tesalaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Stephanie F. Ritigstein    on behalf of Debtor Margaret C. Nicholson jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7
```