Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  19–23472–JNP
          Chapter:  13
          Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Margaret C. Nicholson
  aka Margaret C. Cirone
  53 Evergreen Avenue
  Bellmawr, NJ 08031

Social Security No.:
  xxx–xx–0973

Employer's Tax I.D. No.:

**FINAL DECREE**

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>April 3, 2020</u>              <u>Jerrold N. Poslusny Jr.</u>
                                          Judge, United States Bankruptcy Court